**Reversed and Remanded and Memorandum Opinion filed December 1, 2011.**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

## NO. 14-11-00821-CV
_____

### JIM VRATIS, STINGAREE L.L.C., AND STINGAREE OPERATING L.L.C., Appellants

### V.

### GASLIGHT, INC., Appellee

---

**On Appeal from the 10th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 08-CV-0170**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed June 21, 2011. On November 9, 2011, the appellant filed a motion to reverse the judgment and remand to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, we reverse the judgment signed June 21, 2011, and remand this case to the trial court for rendition of judgment in accordance with the parties' agreement.

PER CURIAM

Panel consists of Justices Frost, Seymore, and Jamison.